1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Michael T., | Case No.: 2:23-cv-10892-SHK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Michelle King, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $6,000.00.

**IT IS SO ORDERED**.

DATED: 2/18/25

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE